UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: 4:03-CR-30-SPM

JERMAINE CREWS,

   Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 68) .  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's report and recommendation (doc. 68) is adopted and incorporated by reference in this order.
2. This case is *dismissed.*

**DONE AND ORDERED** this thirteenth day of November, 2007.

     *s/Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge